FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2019 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.D., individually and on behalf of J.M.D. and N.M.D., minor children; T.S., individually and on behalf of C.S., a minor child; S.K., individually and on behalf of A.K., a minor child; P.E.T. and H.T., individually and on behalf of D.T., a minor child; and B.C., individually and on behalf of D.C., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEW YORK; ANDREW M. CUOMO, GOVERNOR (in his official capacity); LETITIA JAMES, ATTORNEY GENERAL (in her official capacity); NEW YORK STATE EDUCATION DEPARTMENT; MARYELLEN ELIA, COMMISSIONER OF NEW YORK STATE EDUCATION DEPARTMENT (in her official capacity); and ELIZABETH BERLIN, EXECUTIVE DEPUTY COMMISSIONER OF NEW YORK STATE EDUCATION DEPARTMENT (in her official capacity),<br><br>Defendants. | Case No. 2:19-cv-4306-ARR-RML |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, V.D., individually and on behalf of J.M.D. and N.M.D., minor children; T.S., individually and on behalf of C.S., a minor child; S.K., individually and on behalf of A.K., a minor child; P.E.T. and H.T., individually and on behalf of D.T., a minor child; and B.C., individually and on behalf of D.C., a minor child, by and through counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants the State of New York, Andrew M.

Cuomo, Letitia James, the New York State Education Department, Mary Ellen Elia, and Elizabeth Berlin.

Dated: August 22, 2019

Respectfully Submitted,

BOUER LAW LLC

_____
By: Kimberly Mack Rosenberg, Esq. (KR-3325)
200 Cabrini Blvd.
New York, NY 10033
Telephone: (917) 797-8033
Facsimile: (609) 228-6750
E-mail: kim@bouerlaw.com

and

Robert F. Kennedy, Jr.
Hurley, NY
Of Counsel
Attorneys for Plaintiffs

So ordered.

/s/(ARR)

USDJ

2